UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COOPER FIELDS,

Plaintiff,

v.

MONSANTA COMPANY.

Defendant.

No. 2:25-cv-02042-DAD-CKD (PS)

FINDINGS AND RECOMMENDATIONS

Plaintiff is proceeding without counsel and in forma pauperis. By order filed September 21, 2026, plaintiff's complaint was dismissed and 30 days' leave to file an amended complaint was granted. (ECF No. 22.) Plaintiff was informed that failure to file an amended complaint by the required deadline could result in dismissal of this action. (Id.) The amendment period has now expired, and plaintiff has not filed an amended complaint nor otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

"Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 24, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/fiel2042.f&rs_fta